CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKe

MAR 14 2012

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LARRY RAY JOHNSON, )<br>    Plaintiff, )<br> ) | Civil Action No. 7:12-cv-00112 | |
| v. ) | **ORDER** | |
| ) | | |
| JOHN DOE, )<br>    Defendant. ) | By: Hon. Jackson L. Kiser<br>     Senior United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the action is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g), and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 14th day of March, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge